

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2016

No. 04-15-00706-CR

Barry Arthur **BROWN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7118A
Honorable Philip Kazen, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to May 9, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Laura E. Durbin                         James Clayton Oltersdorf
        Assistant Criminal District Attorney    509 South Main
        101 W. Nueva, Suite 370                 San Antonio, TX 78204-1118
        San Antonio, TX 78205

        Nicolas A. LaHood
        District Attorney, Bexar County
        101 W. Nueva, Suite 370
        San Antonio, TX 78205